IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALYSON WEST,<br><br>        Defendant. | 8:17CR27<br><br>**JUDGMENT** |

Pursuant to the Order entered today, June 11, 2018, judgment is entered in favor of plaintiff United States of America and against defendant Alyson West.

Dated this 11th day of June, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge